IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the case listed below are to be returned to the United States Attorney for appropriate disposition.

| **CASE NUMBER** | **CAPTION** |
| --- | --- |
| 8:90CR111 | USA v. Lance Nevels |
| 8:92CR62 (Sealed) | USA v. Jose Transito Chavez |
| 8:95CR133 (Sealed) | USA v. Gabino Flores, Joseph James Bongiorno |
| 8:00CR268 (Sealed) | USA v. Gregoria Bonilla-Salazar |
| 8:01CR285 (Sealed) | USA v. Steven M. Tadlock |
| 8:02CR111 (Sealed) | USA v. Clifford V. Campbell |
| 8:02CR205 (Sealed) | USA v. Lora Bonfiglio |
| 4:02CR3113 (Sealed) | USA v. Ramon Mendoza-Solano |
| 8:03CR7 (Sealed) | USA v. John E. Ryan |
| 8:03CR498 (Sealed) | USA v. Ivan Parker |
| 8:04CR48 (Sealed) | USA v. Keith Anthony Pizarro |
| 8:04CR243 (Sealed) | USA v. Troy Sampson |

DATED this 25th day of June, 2007.

BY THE COURT

s/Laurie Smith Camp
United States District Judge